

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED AND 00/100 ($171,100.00) IN U.S. CURRENCY** and One (1) 2012 Volkswagen Jetta, VIN#3VWDP7AJ9CM333910,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that Mirsha Contla recover her costs of this appeal from appellee The State of Texas.

SIGNED April 17, 2019.

_____
Rebeca C. Martinez, Justice